**ORIGINAL**

**FILED**

05/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0209

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0209

CLARKSTON FIRE SERVICE AREA #6,

Plaintiff and Appellee,

v.

DAWN DAVIS LEMIEUX, STEVEN LEMIEUS
and TRACY ELLEN SHAW,

Defendants,

MONTANA COMMUNITIES ASSOCIATION,

Defendant and Appellant.

FILED

MAY 1 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Brief filed on May 13, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained in an appellant's brief to this Court. The Appellant included an appendix containing only the Final Judgment in this matter, but on appeal challenges the District Court's decisions and analysis found in its summary judgment order; that order must be attached as an appendix as well. Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rule;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the

Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's Brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 16 day of May, 2022.

For the Court,

By _____
Justice